United States District Court

for the

~~District~~ District New Mexico

David A Gabaldon

No. 18CV348 JHR

V.

New Mexico Lottery

4511 Osuna Rd NE, Albuquerque, NM 87109

On April 7, 2018 got winning lottery ticket. This lottery ticket Number 266-005092-030; The barcode: 266005092030382234955. The ticket explains 20*$50,000= Ten Million dollar could win is max. On the ticket got read mathematical term-2.2 million cash prize.

The back ticket state can take to the retail seller. The ticket has been scared, at this point alter, explaining the value of the ticket. Even his cut half as long put together like dollar bill still hold value.

The ticket state in "multiplicity" mean-1; a : the quality or state of being multiple or various
b : the number of components in a system (such as a multiplet or a group of energy levels and symbol )
2 : a great number
3 : the number of times a root of an equation or zero of a function occurs when there is more than one root or zero the multiplicity of x = 2 for the equation "x – 2"3 = 0 is 3

Accounted 1; Defrauding; Under united states federal code CFR 5.

Accounted 2; 30-16-1 Larceny

The Relief of: Two Million Two hundred thousand Dollar and zero cents. For lottery ticket amount.

/S/ _____  Date: 4/12/18



D11145-32015

FIRST USE:
**03 APR 18**
at 09:11ᴬ

EXPIRES:
**04 MAY 18**
at 04:00ᴾ

3937962


