# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

DAVID A. GABALDON,

    Plaintiff,

v.                                                                                         No. 18cv348 KG/JHR

NEW MEXICO LOTTERY,

    Defendant.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint, Doc. 1, filed April 12, 2018.

The Court has previously imposed filing restrictions on Plaintiff stating: "Plaintiff also will be enjoined from initiating further litigation in this Court . . . unless either a licensed attorney who is admitted to practice before this Court signs the pleading or Plaintiff first obtains permission to proceed *pro se*." Doc. 7 at 2, filed February 22, 2018, in *Gabaldon v. Sedillo*, No. 17cv1106 MV/JHR (D.N.M.) (describing steps Plaintiff must take to obtain permission to proceed *pro se* in this Court). Plaintiff did not take the required steps to obtain permission to proceed *pro se* in this Court and the Complaint is not signed by a licensed attorney who is admitted to practice before this Court. The Court will, therefore, dismiss this case without prejudice.

**IT IS ORDERED** that this case is dismissed without prejudice.

_____
**UNITED STATES DISTRICT JUDGE**