IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID A. GABALDON,

    Plaintiff,

v.                                                   No. 18cv348 KG/JHR

NEW MEXICO LOTTERY,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**